**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NICOLE BREITFELLER, et al.,**

    **Plaintiffs,**

v.                                                          Case No.  8:05-cv-405-T-30TGW

**PLAYBOY ENTERTAINMENT GROUP,**
**INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Entry of Clerk's Default against Defendant Michael Weitz, or, in the Alternative, Motion for Judgment on the Pleadings and Supporting Memorandum of Law (Dkt. 159) and Plaintiffs' Motion for Entry of Clerk's Default as to Jason Maskell (Dkt. 158).  For the reasons set forth below, this Court finds that both motions should be **DENIED**:

**Defendant Jason Maskell**

In Plaintiffs' Motion as to Defendant Maskell, Plaintiffs seek an entry of default for Defendant Maskell's failure to answer or respond to the Second Amended Complaint. However, in reviewing the docket in the matter, it does not appear Plaintiffs filed proof of service upon Defendant Maskell.  As it does not appear from the record Defendant Maskell was properly served, it cannot be said that he failed to timely respond to the Second Amended Complaint.

**Defendant Michael Weitz**

In Plaintiffs' Motion as to Defendant Weitz, Plaintiffs seek a Clerk's default also based on Defendant Weitz's failure to file a responsive pleading to Plaintiffs' Second Amended Complaint. However, in reviewing the docket, it appears Defendant Weitz, in response to the Second Amended Complaint, forwarded correspondence to Plaintiffs' counsel wherein he denied the allegations contained in the Second Amended Complaint[1] (Dkt. 152, Ex. 1). This Court accepts Defendant Weitz's letter as an Answer to the Complaint. As a response was filed, a Clerk's default is not warranted.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion for Entry of Clerk's Default as to Jason Maskell (Dkt. 158) is **DENIED**.

2. Plaintiffs' Motion for Entry of Clerk's Default against Defendant Michael Weitz, or, in the Alternative, Motion for Judgment on the Pleadings and Supporting Memorandum of Law (Dkt. 159) is **DENIED**.

3. Defendant Weitz is considered to be proceeding in this matter *pro se* with a record address of 572 Orange Drive, #61, Altamonte Springs, Florida 32701.

**DONE** and **ORDERED** in Tampa, Florida on January 27, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05cv405 - Denial of Clerk's Default.frm

---

[1] Subsequent to receipt of this correspondence, Plaintiffs filed the same with the Court and identified the letter as a response to the Second Amended Complaint (Dkt. 152).