**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NICOLE BREITFELLER, et al.,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No. 8:05-cv-405-T-30TGW**

**PLAYBOY ENTERTAINMENT**
**GROUP, INC., et al.,**

    **Defendants.**
_____/

**ORDER OF DISMISSAL**
**AS TO DEFENDANT, DAYTONA BEVERAGES, L.L.C., ONLY**

    The Court has been advised via a Notice of Settlement (Dkt. #168) that the above-styled action has been settled as to Defendant, Daytona Beverages, L.L.C.. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant, DAYTONA BEVERAGES, L.L.C., subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice.

    **DONE** and **ORDERED** in Tampa, Florida on April 28, 2006.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-405.dismissal 168.wpd