# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**NICOLE BREITFELLER, et al.,**

      **Plaintiffs,**

**v.**                                 **Case No.  8:05-cv-405-T-30TGW**

**PLAYBOY ENTERTAINMENT
GROUP, INC., et al.,**

      **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant BV & BK Productions, LLLP

Dispositive Motion to Dismiss and Motion to Strike (Dkt. #96), and Plaintiffs' Response

thereto (Dkt. #128).

### Motion to Dismiss Standard

At the motion to dismiss stage, this Court must review the Complaint in the light most

favorable to plaintiff and construe all allegations in the Complaint as true.  Hishon v. King

& Spaulding, 467 U.S. 69, 73 (1984).  A court may, however, dismiss a complaint on a

dispositive issue of law.  Marshall Cty. Bd. of Educ. v. Marshall Cty. Gas Dist., 992 F. 2d

1171 (11th Cir. 1993).  Conclusory allegations "will not survive a motion to dismiss if not

supported by facts constituting a legitimate claim for relief . . . However, the alleged facts

need not be spelled out with exactitude, nor must recovery appear imminent."  Quality Foods

<u>De Centro America S.A. v. Latin America Agribusiness Development Corp.</u>, 711 F. 2d 989, 995 (11th Cir. 1983).   A motion to dismiss is appropriate when it appears "beyond a reasonable doubt" that the plaintiff can prove no set of facts to support his claim.   <u>Conley v. Gibson</u>, 355 U.S. 41, 45-46 (1957); <u>South Florida Water Management District v. Montalvo</u>, 84 F. 3d 402, 406 (11th Cir. 1996).

### <u>Legal Analysis</u>

In Defendant BV & BK Productions, LLLP's Motion to Dismiss, they argue Count XVI of the Second Amended Complaint fails to state a claim.   Pursuant to 18 U.S.C. §2251(a), a defendant must induce or entice a minor to engage in sexually explicit conduct and do so for the purpose of creating a visual depiction.   <u>See</u> 18 U.S.C. §2251(a).   According to Defendant BV & BK, Plaintiffs failed in their Second Amended Complaint to allege sufficient facts to state a claim under Section 2251(a).   This Court agrees.

While paragraph 44 of the Second Amended Complaint states that Plaintiffs were persuaded, induced, or enticed to participate in the contest, there are absolutely no allegations in the Second Amended Complaint which identify which persons or entity persuaded, induced or enticed Plaintiffs to participate in the contest.   Specifically, paragraph 44 of the Second Amended Complaint states the inducement and persuasion was attempted by "various individuals;" this general allegation without more specificity is insufficient.

It is therefore ORDERED AND ADJUDGED that:

1.      Defendant BV & BK Productions, LLLP's dispositive Motion to Dismiss and Motion to Strike (Dkt. #96) is hereby **GRANTED** only as it relates to Count XVI of the Complaint**.**  The Motion, as it relates to all other Counts is **DENIED**.

2.      Plaintiffs have eleven (11) days from the date of this Order in which to amend, file, and serve their Third Amended Complaint addressing those issues detailed herein.

**DONE** and **ORDERED** in Tampa, Florida on May 15, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies furnished to:**</u>
Counsel/Parties of Record

S:\Odd\2005\05-cv-405.mot dismiss strike 97.wpd