UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICOLE BREITFELLER and
TABITHA GAUTREAUX, individually,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 8:05cv405-JSM-TGW

PLAYBOY ENTERTAINMENT GROUP,
INC., *et al.*

    Defendants.
_____)

## NICOLE BREITFELLER and TABITHA GAUTREAUX'S
## FEDERAL RULE 26(a)(2) EXPERT DISCLOSURES

Nicole Breitfeller and Tabitha Gautreaux ("**Plaintiffs**") file this Expert Disclosure in compliance with Federal Rule of Civil Procedure 26(a)(2) and the Case Management and Scheduling Order entered on June 2, 2005 in this case.

### Rule 26(a)(2)(A) Expert Disclosures

Plaintiffs expect to call the following expert witness:

    1.    Richard A. Hoffman, Ph.D., P.A.
            Clinical Psychologist
            Courtyard Square Medical Center, Suite 111
            13701 Bruce B. Downs Boulevard
            Tampa, Florida 33613-4647

Plaintiffs are in contact with the following expert witness, but no final determination has been made regarding whether she will testify at trial:

    2.    Sharon Cooper
            Department of Pediatrics
            School of Medicine
            University of North Carolina at Chapel Hill
            130 Mason Farm Road, CB #7220
            Chapel Hill, North Carolina 27599-7220

### Rule 26(a)(2)(B) Disclosures

Plaintiffs will supplement this disclosure upon receipt of reports from each expert witness. Dr. Hoffman's initial report is anticipated within two weeks; Dr. Cooper's report, if one is provided, would take longer as she is currently overseas and will not return until July 28. 2006. Final opinions of these experts with respect to damages to individual plaintiffs are contingent upon interviews of the individual Plaintiffs, yet to be conducted, as well as reviews of prior depositions of Plaintiffs, defendants, and Plaintiffs' friends and relatives, taken in cases against Playboy defendants and other defendants in suits brought by Monica Pippin, Nicole Breitfeller, Julie Tilton, and Tabitha Gautreaux as well as video tapes taken during the contests in question and DVD and CDs distributed/sold to the public and/or broadcast by the defendants.

Expert witnesses are expected to further testify regarding the long term trauma typically experienced by those minors who are sexual exploited where the exploitation is memorialized and distributed to the public, and about the recurrent heightened trauma during major life events in the exploited victims' lives, such as at the time of their engagement, marriage, when their children reach adolescence, and when they engage in professions or social activities which focus public attention on them.

The summary of the qualifications of Dr. Hoffman is attached to this disclosure as Exhibit "A". The summary of the qualifications of Dr. Cooper is attached hereto as Exhibit "B". Dr. Cooper's complete resume will be submitted if it is determined that she will testify as an expert witness in the instant case.

The rates of compensation to Dr. Hoffman and Dr. Cooper have yet to be determined. Dr. Hoffman has tentatively set his fees at $250 per hour for file review, and $400.00 per hour for trial testimony. Plaintiffs will supplement their response to this disclosure with the compensation of the experts upon final determination of those amounts.

> /s/ Thomas E. DeBerg
> Mark S. Howard, Esq.
> Florida Bar No. 774146
> Thomas E. DeBerg, Esq.
> Florida Bar No. 521515
> **The Solomon Tropp Law Group, P.A.**
> 1881 West Kennedy Boulevard
> Tampa, Florida 33606-1606
> mhoward@solomonlaw.com
> (813) 225-1818, (Tel)
> (813) 225-1050, (Fax)
> Attorneys for **Nicole Breitfeller and Tabitha Gautreaux**

## Certificate of Service

I hereby certify that on <u>July 11, 2006</u> a copy of the foregoing has been furnished by electronic filing, email, or United States Mail to the following:

| | |
|---|---|
| Camille Godwin, Esquire<br>Todd Alan Foster, Esquire<br>Cohen, Jayson, & Foster, P.A.<br>201 E. Kennedy Blvd., Suite 1000<br>Tampa, Florida 33602<br>Office: (813) 225-1655<br>Telecopy: (813) 225-1921<br>Email:cgodwin@tampalawfirm.com;<br>tfoster@tampalawfirm.com | Robert Bowling, Esquire<br>Kathy Weston, Esquire<br>Cobb & Cole<br>150 Magnolia Ave., P.O. Box 2491<br>Daytona Beach, Florida 32114<br>Office: (386) 323-9221<br>Telecopy: (386) 248-0323<br>Email:Kathy.Weston@CobbCole.com,<br>Rob.Bowling@CobbCole.com |
| William C. Guerrant, Jr., Esquire<br>Benjamin H. Hill, III, Esquire<br>Hill Ward & Henderson, P.A.<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, Florida 33602<br>Office: (813) 221-3900<br>Telecopy: (813) 221-2900<br>Email: wguerrant@hwhlaw.com | Thomas R. Julin, Esquire<br>Jamie Zysk, Esquire<br>Hunton & Williams, LLP<br>Mellon Finanical center<br>1111 Brickell Avenue, Suite 2500<br>Miami, Florida 33131<br>Office: (305) 810-2500<br>Telecopy: (305) 810-1601<br>Email:tjulin@hunton.com; jzysk@hunton.com |
| Michael C. Huddleston, Esquire<br>Huddleston & Teal, P.A.<br>114 West Rich Ave.<br>Deland, Florida 32720<br>Office: (386) 738-3400<br>Telecopy: (386) 738-4300<br>Email: mchuddleston@hotmail.com | Paul Prewitt, Pro Se<br>503 Glenview Blvd.<br>Daytona Beach, Florida 32118<br>Telephone:<br>Telecopy: N/A<br>Email: prewitt007@aol.com |
| Michael Weitz, Pro Se<br>572 Orange Drive, Apt. 61<br>Altamonte Springs, Florida 32701<br>Telephone: (407) 339-1863<br>Telecopy: N/A<br>Email: N/A | Jason Maskell, Pro Se<br>925 Avenue L South<br>Saskatoon, SK S7M2J-2<br>Canada<br>Telephone: N/A<br>Telecopy: N/A<br>Email: N/A |

<i>/s/ Mark S. Howard</i>
Mark S. Howard
Florida Bar No. 774146
Thomas E. DeBerg
Florida Bar No. 521515
**THE SOLOMON TROPP LAW GROUP, P.A.**
1881 West Kennedy Boulevard
Tampa, Florida 33606-1606
mhoward@solomonlaw.com
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **Nicole Breitfeller and Tabitha Gautreaux**