**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**NICOLE BREITFELLER, et al.,**

     **Plaintiffs,**

**v.**                                                          **Case No.  8:05-CV-405-T-30TGW**

**PLAYBOY ENTERTAINMENT GROUP,
INC., et al.,**

     **Defendants.**
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas Wilson on December 11, 2007 (Dkt. 404).  The Court has reviewed the Report and Recommendation and the Objections filed thereto (Dkts. 406, 407, 408).

Based on Tifford's acknowledgment in open court that the claim for fees and costs is being brought as a claim of breach of contract by other plaintiff's counsel, which does not involve the parties to this cause of action, rather than a claim brought on the theory of *quantum meruit*, the Court accepts the magistrate's legal conclusions with respect to subject matter jurisdiction, which are adopted, confirmed, and approved in all respects. The Court finds that it lacks subject matter jurisdiction over Tifford's claim.  Accordingly, the Court does not adopt the factual findings to which Tifford objects, which are not related to the issue of subject matter jurisdiction and unnecessary to the disposition of this matter.

It is, therefore, **ORDERED** and **ADJUDGED** that:

1.      The legal conclusions with respect to subject matter jurisdiction, as set forth in the Magistrate's Report and Recommendation (Dkt. 404), are adopted, confirmed, and approved in all respects and made a part of this order for all purposes.

2.      The Charging Lien filed by Arthur W. Tifford, P.A., and Tifford & Tifford, P.A. on April 19, 2005, (Dkt. 14) is **DISMISSED** for lack of subject matter jurisdiction, without prejudice to Tifford's breach of contract claim.

**DONE** and **ORDERED** in Tampa, Florida on February 21, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Odd\2005\05-cv-405 Adopt R&R 2.wpd